STATE of Missouri, Respondent,

v.

Robert SORENSON, Appellant.

No. WD 48420.

Missouri Court of Appeals,
Western District.

Aug. 30, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1994.

James A. Fluker, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and
LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from judgment of conviction of assault in the first degree, § 565.050, RSMo 1986, and sentence of five years imprisonment.

Judgment affirmed. Rule 30.25(b).